

U.S. Department of Justice
Federal Bureau of Prisons
Metropolitan Correctional Center

Office of the Warden        Chicago, Illinois  60605

May 9, 2018

**FILED**
**5/10/2018** JJR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The Honorable Robert M. Dow, Jr.
U.S. District Court Judge
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

RE:   RICE, Marcquis
      Register Number: 51130-424
      Docket Number:  1:17-cr-00081-2

Dear Judge Dow:

Pursuant to 28 CFR § 551.116 and Bureau of Prisons' (BOP) policy, I am required to notify the Court of repeated or serious disruptive behavior by a pretrial inmate. Accordingly, I am writing to inform you, the BOP's Discipline Hearing Officer found inmate Rice committed the prohibited act of Threatening Another with Bodily Harm (Code 203). Specifically, while being examined by medical staff, inmate Rice stated, "when I get out of these cuffs, I'm gonna beat your ass." Inmate Rice was sanctioned to 27 days disallowance of Good Conduct Time, 45 days disciplinary segregation and 180 days loss of phone, commissary and email privileges.

Should you require additional information, please feel free to contact B. Shoulders, Unit Manager, at (312) 322-0567.

Sincerely,

A. M. Owens
Warden

cc:  Brian S. Wallach, Assistant United States Attorney
     Jeanne Walsh, Chief United States Probation Officer
     Edward Gilmore, United States Marshal